# Order

Michigan Supreme Court
Lansing, Michigan

June 28, 2011

Robert P. Young, Jr.,
Chief Justice

142625

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 142625
COA: 300807
Shiawassee CC: 09-008367-FC

DAMON ALLEN WOODARD,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the December 21, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

Clerk

p0620